IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID FUZZELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-13-1270-D |
| FARMERS INSURANCE EXCHANGE a/k/a FARM ERS INSURANCE GROUP, INC., a/k/a FARMERS INSURANCE GROUP, | ) |
| Defendant. | ) |
| GARY KEYS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-13-1271-D |
| FARMERS INSURANCE EXCHANGE a/k/a FARMERS INSURANCE GROUP, INC., a/k/a FARMERS INSURANCE GROUP, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to the dismissal, with prejudice, of the above-captioned lawsuit, with each party to pay his/its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Jana B. Leonard*  /s/ *J. Randall Coffey*
Jana B. Leonard  J. Randall Coffey
Lauren W. Johnston  Melody L. Rayl
LEONARD & ASSOCIATES, P.L.L.C.  FISHER & PHILLIPS LLP
8265 S. Walker  4900 Main Street, Suite 650
Oklahoma City, OK  73139  Kansas City, MO  64112
TEL:  (405) 239-3800  TEL:  (816) 842-8770
FAX:  (405) 239-3801  FAX:  (816) 842-8767
Email:  leonardjb@leonardlaw.net  Email:  rcoffey@laborlawyers.com
Email:  johnstonlaw@leonardlaw.net

ATTORNEYS FOR PLAINTIFF

And

B. Gore Gaines
Lytle, Soulé & Curlee
119 N. Robinson Avenue, Suite 1200
Oklahoma City, OK 73102
TEL:  (405) 235-7471
FAX:  (405) 232-3852
Email:  gaines@lytlesoule.com

ATTORNEYS FOR DEFENDANT